**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ISAACS | No.  2:24-CV-1707-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SUSANVILLE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  On referral from the District Judge, the matter is set for an initial status/scheduling conference before the undersigned on March 4, 2025, at 1:30 p.m., via Zoom.  On or before February 25, 2025, the parties shall meet and confer and file with the Court a revised joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated:  February 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1